905-437
AJR/LGN/SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24- cv-08117 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC.; | ) | Honorable John R. Blakey |
| CHARLES TRUITT; RANDY PFISTER; | ) | |
| MARLENE KAY HENZE; HELEN BRUCKNER; | ) | Magistrate Judge Beth W. Jantz |
| NURSE PRACTITIONER ORR; NURSE | ) | |
| PRACTITIONER LOLA; REGISTERED NURSE | ) | |
| TINA; REGISTERED NURSE LORA; | ) | |
| REGISTERED NURSE WENDY; CATALINO | ) | |
| MEDINA BAUTISTA; REGISTERED NURSE | ) | |
| JOHN/JANE DOES 1-5; DEBBIE KNAUER | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(A)**

NOW COME Defendants, WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA by and through their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for their Unopposed Motion for Extension of Time to File Responsive Pleadings pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) states as follows:

1. The firm of HEYL, ROYSTER, VOELKER & ALLEN was retained to represent Defendants WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA and filed their appearances on February 2, 2026.

2. The deadline for filing a responsive pleading for Defendant WEXFORD HEALTH SOURCES, INC. is February 2, 2026.

1

3. The deadline for filing a responsive pleading for Defendant HELEN BRUCKNER is February 4, 2026.

4. The deadline for filing a responsive pleading for Defendant CATALINO MEDINA BAUTISTA is February 10, 2026.

5. Not all Defendants have filed their appearances in this matter.

6. The firm of HEYL, ROYSTER, VOELKER & ALLEN requires more time to meet with Defendants WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA to investigate Plaintiff's claims to properly answer or otherwise plead in response to Plaintiff's Complaint.

7. Defendants WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA respectfully request to March 13, 2026 to respond to Plaintiff's Complaint.

8. This is the first time Defendants WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA have requested an extension of time to file responsive pleadings, and it is brought in good faith and not for the purposes of delay.

9. No party will be unduly prejudiced by this request.

10. Defense counsel conferred with Plaintiff's counsel and there was no objection to this motion.

WHEREFORE, Defendants WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA respectfully request the Court GRANT their Motion for Extension of Time to File Responsive Pleadings on or before March 13, 2026 pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and for any further relief the Court deems just and proper.

905-437
AJR/LGN/SE

                                      WEXFORD HEALTH SOURCES, INC., HELEN
                                      BRUCKNER, CATALINO MEDINA BAUTISTA,
                                                          DEFENDANTS

                                 BY:       /s/ Leah G. Nolan
                                             HEYL, ROYSTER, VOELKER & ALLEN
                                               Andrew J. Roth ARDC # 6279716
                                               Leah G. Nolan ARDC # 6339451
                                                  Sam Ehrlich ARDC # 6351395

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone:    312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: aroth@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: sehrlich@heylroyster.com

905-437
AJR/LGN/SE

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addressed of record designated by those individuals on the 2nd day of February 2026.

To:

**Attorneys for Plaintiff**
Rachel Aranyi
Christopher Adam Hall
Elizabeth Jenkins Marino
Chaya-bracha Markowitz
Mark P. Rotatori
Jones Day
110 N. Wacker Dr., Ste 4800
Chicago, IL 60601
(312) 782-3939
raranyi@jonesday.com
chall@jonesday.com
ejmarino@jonesday.com
cmarkowitz@jonesday.com
mprotatori@jonesday.com

*/s/ Desirea L. Prindell*
dprindell@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: aroth@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: sehrlich@heylroyster.com