905-437
AJR/LGN/SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24- cv-08117 |
| | ) |
| WEXFORD HEALTH SOURCES, INC.; | ) Honorable John R. Blakey |
| CHARLES TRUITT; RANDY PFISTER; | ) |
| MARLENE KAY HENZE; HELEN BRUCKNER; | ) Magistrate Judge Beth W. Jantz |
| NURSE PRACTITIONER ORR; NURSE | ) |
| PRACTITIONER LOLA; REGISTERED NURSE | ) |
| TINA; REGISTERED NURSE LORA; | ) |
| REGISTERED NURSE WENDY; CATALINO | ) |
| MEDINA BAUTISTA; REGISTERED NURSE | ) |
| JOHN/JANE DOES 1-5; DEBBIE KNAUER | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT ON Wednesday, February 4, 2026, at 11:00 a.m., or as soon thereafter as counsel may be heard, HEYL ROYSTER VOELKER & ALLEN, P.C. will appear before the Honorable John R. Blakey and call up for hearing their DEFENDANTS WEXFORD HEALTH SOURCES, INC., HELEN BRUCKNER, and CATALINO MEDINA BAUTISTA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(A) a copy of which has been served upon you.

                        WEXFORD HEALTH SOURCES, INC., HELEN
                        BRUCKNER, CATALINO MEDINA BAUTISTA,
                        DEFENDANTS

                        BY: /s/ Leah G. Nolan

905-437
AJR/LGN/SE

HEYL, ROYSTER, VOELKER & ALLEN
Andrew J. Roth ARDC # 6279716
Leah G. Nolan ARDC # 6339451
Sam Ehrlich ARDC # 6351395

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone:    312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: aroth@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: sehrlich@heylroyster.com

905-437
AJR/LGN/SE

**PROOF OF SERVICE**

   The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addressed of record designated by those individuals on the 2nd day of February 2026.

To:

**Attorneys for Plaintiff**
Rachel Aranyi
Christopher Adam Hall
Elizabeth Jenkins Marino
Chaya-bracha Markowitz
Mark P. Rotatori
Jones Day
110 N. Wacker Dr., Ste 4800
Chicago, IL 60601
(312) 782-3939
raranyi@jonesday.com
chall@jonesday.com
ejmarino@jonesday.com
cmarkowitz@jonesday.com
mprotatori@jonesday.com

                */s/ Desirea L. Prindell*
                dprindell@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: aroth@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: sehrlich@heylroyster.com